UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

M.B.D. No. 05-10203-JLT

| | |
|---|---|
| K-SWISS INC., a Delaware Corporation<br><br>Plaintiff<br><br>v.<br><br>PAYLESS SHOESOURCE, INC.<br><br>Defendant | FILED<br>Clerk's Office<br>USDC, Mass.<br>Date 5-25-05<br><br>By _____<br>Deputy Clerk |

## MOTION TO ADMIT NEIL D. GREENSTEIN *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Plaintiff, K-Swiss Inc. ("K-Swiss"), by and through its counsel, respectfully moves this Court to admit Neil D. Greenstein *pro hac vice* as co-counsel for K-Swiss in the above-captioned matter. The grounds for this motion are as follows:

1. Mr. Greenstein is a member in good standing of every bar in which he has been admitted to practice, excepting only those Courts in which continuing fees are required to maintain membership. In those Courts, Mr. Greenstein is eligible to practice upon payment of the required fees and completion of standard forms such as an ECF registration form. (*See* Declaration of Neil D. Greenstein ("Greenstein Decl."), submitted herewith, Exh. A, ¶3).

2. There are no disciplinary proceedings pending against Mr. Greenstein as a member of the bar in any jurisdiction. (*See* Greenstein Decl. ¶4).

3. Mr. Greenstein is familiar with the Local Rules of this Court. (*See* Greenstein Decl. ¶5).

4. Mr. Greenstein is lead counsel in the case of *K-Swiss Inc. v. Payless Shoesource, Inc.* pending in the United States District Court for the Central District of California under case

Page 1

number CV-04-779 RJK. The subpoena in this case is based upon that action and Mr. Greenstein is very familiar with K-Swiss and the issues in this proceeding to enforce the subpoena.

5.  Counsel for Mercury International Trading Corporation, the party against which K-Swiss's pending Expedited Motion to Compel is pending, has no objection to this motion.

WHEREFORE, plaintiff K-Swiss Inc., by and through its counsel, moves this Honorable Court to admit Neil D. Greenstein *pro hac vice* for the purpose of participating in this proceeding.

PLAINTIFF K-SWISS INC.

By its attorneys,

Michele E. Randazzo (BBO# 564906)
Jackie Cowin (BBO# 655880)
Kopelman & Paige, P.C.
31 St. James Avenue, 7th Floor
Boston, MA 02116
(617) 556-0007

Dated: May 25, 2005

252132/KSWISS/0002

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/25/05

Page 2

F:\DOCSOPEN\KP\MER\54\ 011.DOC