UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

K-SWISS, INC.,                  *
      Plaintiff,                 *
                                     *
v.                                  *
                                     *     Civil Action No. 05-10203-JLT
PAYLESS SHOESOURCE, INC.,    *
      Defendant.              *

ORDER

June 6, 2005

TAURO, J.

This court hereby orders that:

1. Plaintiff K-Swiss Inc.'s Expedited Motion to Compel Production Pursuant to Fed. R. Civ. P. 45(c)(2)(B) [#4] is ALLOWED as follows:

   a. Mercury International Trading Corporation shall produce all documents and tangible items relating to the line(s) of Payless shoes accused of infringement in the underlying suit; and

   b. Mercury shall produce the abovementioned documents by June 27, 2005;

2. Plaintiff K-Swiss Inc.'s Expedited Motion to Compel Production Pursuant to Fed. R. Civ. P. 45(c)(2)(B) [#4] is otherwise DENIED WITHOUT PREJUDICE; and

3. Plaintiff K-Swiss Inc.'s Second Expedited Motion to Compel Testimony Pursuant to Fed. R. Civ. P. 45 [#10] is ALLOWED, and Mercury shall make Ms. Souza available for deposition before July 6, 2005.

IT IS SO ORDERED.

                                                              /s/ Joseph L. Tauro
                                                              United States District Judge