# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

K-Swiss, Inc.
          Plaintiff

                                                    CIVIL ACTION

          V.
                                                    NO.  05-cv-11132 JLT

Payless Shoesource, Inc.
          Defendant

## ORDER OF DISMISSAL

_____ D. J.

The Court having been advised on  June 1, 2006  that the above-entitled action has

been resolved;

IT IS ORDERED that this action is hereby dismissed with prejudice.

By the Court,

 June 2, 2006_____                /s/ Kimberly M. Abaid_____
          Date                        Deputy Clerk

(Dismissal Settlement.wpd - 12/98)